and declaring the validity of the chattel mortgage as against the plaintiffs.

*Reversed and remanded with directions.*

FRIEND, P. J. and BURKE, J., concur.

Wanda Swift, Plaintiff-Appellee, v. Junior Swift, Defendant-Appellant.

Gen. No. 10,622.

L. W. Menzimer, for appellant; Dale F. Conde, of counsel; Lawrence F. O'Brien, and John W. Hicklin, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 29, 1953; released for publication February 18, 1953.

In the Matter of Estate of Maria Meyer, Incompetent. La Salle National Bank, Conservator of Estate of Maria Meyer, Incompetent, Appellee, v. Ruth B. Ransom, Appellant.

Gen. No. 45,788.